UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYANT BROWN | CIVIL ACTION |
| VERSUS | NO: 10-780 |
| STATE OF LOUISIANA | SECTION: R |

### ORDER AND REASONS

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that petitioner's complaint is DISMISSED WITH PREJUDICE.

**New Orleans, Louisiana, this** \_\_26th\_\_ **day of April, 2010.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**